Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MORRIS MATSIL, Appellant, v. CAPITAL CITY SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

BARNETT D. KANTROWITZ, Appellant, v. CAPITAL CITY SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

BARNETT D. KANTROWITZ, Appellant, v. CAPITAL CITY SURETY COMPANY, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

DAVID ELFENBEIN, Appellant, v. SECOND AVENUE CHESS CLUB, INC., and Others, Defendants, Impleaded with HARRY BLUM and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LOUIS LANDAU, Respondent, v. HERTZ DRIVURSELF STATIONS, INC. (NEW YORK), Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SIDNEY BUYESS, an Infant, by BENHART BUYESS, His Guardian ad Litem, and BENHART BUYESS, Respondents, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JULIA HEALY, Appellant.— Judgment reversed, the information dismissed and the fine remitted. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

JOSEPH SCHWARTZ, Appellant, v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.— Judgment, so far as appealed from, affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

PARDEE BROTHERS & COMPANY, INCORPORATED, Respondent, v. SAUL J. AINBINDER, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

MARIE ZICCARDI and DOMINIC ZICCARDI, as Administrators, etc., of MICHELE ZICCARDI, Also Known as MICHAEL ZICCARDI, Respondents, v. CROMWELL FOUNDATION CO., INC., Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

HENART REALTY CORPORATION, Appellant, v. STANDARD ACCIDENT INSURANCE COMPANY, Respondent.— Order, so far as appealed from, affirmed, with ten dollars costs and disbursements. The bill of particulars to be served within twenty days from service of order. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of ROSA SCHWENK, an Alleged Incompetent Person.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Finch, McAvoy and Sherman, JJ.